UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,   )
    )
    Plaintiff,    )
    )
    vs.    )      Case No.  4:08CR405 CDP
    )
RALPH McNEAL,    )
    )
    Defendant.    )

## ORDER

**IT IS HEREBY ORDERED** that the government's motion to continue

[#515] is granted and the sentencing as to defendant **Ralph McNeal**, is reset to

**Thursday, July 9, 2009 at 1:00 p.m.**


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE


Dated this 9th day of June, 2009.